IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RYAN SCOTT C.,**

    **Plaintiff,**

    **vs.**                                                                              CIV NO. 1:24-cv-01172-KRS

**LELAND DUDEK,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING SECOND EXTENSION

THIS MATTER comes before the Court upon Defendant's Second Motion for an Extension of Time (the "Motion"), (Doc. 16), filed April 15, 2025. Having reviewed the Motion, the Court FINDS that Defendant's Motion is well-taken and should be **GRANTED**.

In the Motion, Defendant requests a thirty (30) day extension from his April 21, 2025, deadline to file an Answer to Plaintiff's Brief, (Doc. 12), which Plaintiff filed on February 18, 2025. (Doc. 16) at. 1. In support of his second extension request, Defendant states the Program Litigation, Division 6 Office ("Division 6 Office"), located in Denver, Colorado, is overseeing the instant matter. (*Id.*) The Division 6 Office is staffed by approximately 35 attorneys who are primarily responsible for handling 331 district court briefs over the next 60 days. (*Id.* at 2). As such, Defendant seeks a 30-day extension until May 21, 2025. (*Id.*) In compliance with D.N.M.LR-Civ. 7.1(a), Defendant sought Plaintiff's concurrence for the extension. (*Id.*) Plaintiff's counsel represented that Plaintiff opposed the Motion. (*Id.*) Accordingly, Plaintiff's response to the Motion was due April 29, 2025. *See* D.N.M.LR-Civ. 7.4(a). As of the date of this Order, Plaintiff has not filed a response. Plaintiff's failure to file and serve a response in opposition to the Motion within

the fourteen-day period constitutes consent to grant the Motion. *See* D.N.M.LR-Civ. 7.1(b).

**IT IS THEREFORE ORDERED** that Defendant shall file his Answer or otherwise respond to Plaintiff's Complaint no later than **May 21, 2025**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE